1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEREMY S. KROGER,  Bar # 258956
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

5
   Attorney for Defendant
6  JOSEPH AVILA

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   No. 1:11-CR-00319 LJO
                                      )
12              Plaintiff,            )   STIPULATION TO CONTINUE MOTIONS
                                      )   SCHEDULE; ORDER
13      v.                            )
                                      )   Date:  August 6, 2012
14 JOSEPH AVILA,                      )   Time:  10:3 0 a.m.
                                      )   Judge: Hon. Lawrence J. O'Neill
15              Defendant.            )
                                      )
16 _____  )

17

18      **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19 counsel that defense motions in limine in the above-captioned matter may be filed on or before **July 25,**

20 **2012,** with all dates and deadlines to remain the same.

21      The parties have reached a tentative plea agreement.  Moving this motions due date will provide

22 time for defense counsel to send the plea agreement to Mr. Avila at Lerdo jail and discuss it with him by

23 telephone, while at the same time preserving the trial date in the unlikely event that the agreement falls

24 through.

25 / / /

26 / / /

27 / / /

28 / / /

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2  justice, including but not limited to, the need for the period of time set forth herein for effective defense

3  preparation pursuant to 18 U.S.C.  §§ 3161(h)(7)(A), (B)(ii), and (iv).

4                                                            LAWRENCE BROWN
                                                             United States Attorney
5

6  DATED:  July 11, 2012                        By:     /s/ *Kimberly Sanchez*
                                                             KIMBERLY SANCHEZ
7                                                            Assistant United States Attorney
                                                             Attorney for Plaintiff
8

9                                                            DANIEL J. BRODERICK
                                                             Federal Defender
10

11 DATED:  July 11, 2012                        By:     /s/ *Jeremy Kroger*
                                                             JEREMY S. KROGER
12                                                           Assistant Federal Defender
                                                             Attorney for Defendant
13                                                           JOSEPH AVILA

14

15

16

17                              **O R D E R**

18    **Granted.**  Time is excluded pursuant to  §§ 3161(h)(7)(A), (B)(ii), and (iv).

19 IT IS SO ORDERED.

20 **Dated:    July 12, 2012**                        /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

Stipulation to Continue Motions Schedule
Hearing; [Proposed] Order                    −2−