BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CR-00319-LJO |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| JOSEPH AVILA, | |
| Defendant. | |

Based upon the plea agreement entered into between United States of America and defendant Joseph Avila, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant Joseph Avila's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. all ammunition seized in this case.

2. The above-listed assets constitute ammunition involved in or used in a knowing violation of 18 U.S.C. § 922(g)(1).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.

Preliminary Order of Forfeiture

1

1 The aforementioned property shall be seized and held by the United
2 States Marshals Service and/or the Bureau of Alcohol, Tobacco,
3 Firearms and Explosives in its secure custody and control.
4     4.    a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C.
5 § 853(n), and Local Rule 171, the United States shall publish notice
6 of the order of forfeiture.  Notice of this Order and notice of the
7 Attorney General's (or a designee's) intent to dispose of the
8 property in such manner as the Attorney General may direct shall be
9 posted for at least 30 consecutive days on the official internet
10 government forfeiture site www.forfeiture.gov.  The United States may
11 also, to the extent practicable, provide direct written notice to any
12 person known to have alleged an interest in the property that is the
13 subject of the order of forfeiture as a substitute for published
14 notice as to those persons so notified.
15       b. This notice shall state that any person, other than the
16 defendant, asserting a legal interest in the above-listed property,
17 must file a petition with the Court within sixty (60) days from the
18 first day of publication of the Notice of Forfeiture posted on the
19 official government forfeiture site, or within thirty (30) days from
20 receipt of direct written notice, whichever is earlier.
21     5.   If a petition is timely filed, upon adjudication of all
22 third-party interests, if any, this Court will enter a Final Order of
23 Forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), in
24 which all interests will be addressed.

IT IS SO ORDERED.

Dated:   **August 27, 2012**           **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

Preliminary Order of Forfeiture
2