LAW OFFICE OF JAY A. NELSON
JAY A. NELSON, CA Bar No. 258431
1271 NE Highway 99W, No. 508
McMinnville, OR 97128
Telephone: 503.857.0873
Email: jay@jayanelson.com

Attorney for Defendant/Appellant
JOSEPH AVILA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | USDC Case No. 11 Cr. 319 LJO |
| Plaintiff/Appellee, | USCA Case No. 17-10065 |
| v. | ORDER GRANTING APPELLATE COUNSEL LEAVE TO WITHDRAW AS COUNSEL OF RECORD |
| JOSEPH AVILA, | |
| Defendant/Appellant. | Before the Honorable Lawrence J. O'Neill Chief United States District Judge |

Based upon the foregoing Motion to Withdraw as Attorney of Record; Declaration of Counsel in Support, and for good cause shown, IT IS HEREBY ORDERED that appellate counsel Jay A. Nelson shall be granted leave to withdraw as Joseph Avila's counsel of record. The Office of the Federal Public Defender shall assume responsibility for Mr. Avila's representation on remand from the Court of Appeals.

IT IS SO ORDERED.

Dated: **December 28, 2017**          /s/ Lawrence J. O'Neill
                                       UNITED STATES CHIEF DISTRICT JUDGE