IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH AVILA,<br><br>　　　　　Defendant. | Case No.:  1:11-CR-00319-001 LJO<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on January 8, 2018, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

　Dated:　**January 8, 2018**　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE